The People of the State of New York ex rel. Metropolitan Jockey Club, Respondent, against William W. Mills et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. (1945–46.) The People of

THE STATE OF NEW YORK ex rel. METROPOLITAN JOCKEY CLUB, Respondent, against HARRY B. CHAMBERS et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. (1946–47.) — Final order in consolidated tax certiorari proceedings unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.